Tr. Ct. NO. 29114A-422

10-20-15

WR-83,880-01

Dear Abel Acosta, Clerk

   I Just recieved a Written notice from the Court of Criminal Appeals of Texas. And my habeas corpus Was "denied Without Written order". You please answer a couple questions.

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 26 2015
Abel Acosta, Clerk

#1. Why Was my application for habeas corpus denied?

#2. Does this mean I am supposed to resubmit my 11.07 habeas Corpus? Back to the County or to the Court of Criminal Appeals.

   I have a case Where crooked D.As broke State and federal laws during trials. My trial attorney never filed one motion for my trial! Victims to other peoples crimes Where brought to my trial. I pawned a pair of cymbals for What Was my ex girlfriend at the time. I got 99 years for it, and every bit

of evidence shows I DID NOT have anything to do with that Burglary. (And I absolutely DID NOT!). I have an actual Innocence claim in this 11.07 also.

But, 6 months after I was sent to prison, the head D.A. and an assistant D.A. were murdered by an ex officer of that County. And its obvious Kaufman County and the Court of Criminal Appeals are giving Respect to these Crooked D.A.'s by REFUSING to even answer my 11.07 habeas Corpus appeal. And as anyone who reads my appeal, to refuse me by investigation (Evidentuary Hearing) is to incriminate their Court. So everyone is Just passing the buck so to speak without acknowledging any of my grounds.

Every single ground, in a <u>law Respecting</u> <u>Court</u> would <u>Reverse my Sentence</u>.

Okay, thank You for Your time, Mr. Acosta. I hope to hear from You soon.

Sincerely

Timothy M. Box

Timothy M. Box
Wynne Unit #TDC 1771236
810 FM 2821
Huntsville, TX 77349

One more important question. Do you have a list of pro bono attorney's? Or attorney's who Work with inmates?

Thanks